<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7086**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX ORIAKHI,

Defendant - Appellant.

———————————

**No. 97-7087**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX ORIAKHI,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the District of Maryland, at Baltimore.  Frank A. Kaufman, Senior District Judge. (CR-90-72-K, CA-97-656-K)

———————————

Submitted:  October 23, 1997        Decided:  November 17, 1997

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Felix Oriakhi, Appellant Pro Se.  Katharine Jacobs Armentrout, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders dismissing without prejudice his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and denying his motion for stay (No. 97-7087), and denying his motion for evidentiary hearing (No. 97-7086). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. <u>United States v. Oriakhi</u>, Nos. CR-90-72-K; CA-97-656-K (D. Md. May 20, June 12 & July 23, 1997). We reject Appellant's contention raised on appeal regarding the competence of the district court judge as wholly conclusory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

3